In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Opening and Extending of Braddock Avenue (Rocky Hill Road) and Other Avenues in the Borough of Queens.

MOTT HOMES, INC., et al., Appellants.

Submitted July 7, 1938; decided October 4, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 163.)

FRED KAMMERER, Appellant, *v.* ISIDORE GINSBERG, Respondent.

Submitted July 7, 1938; decided October 4, 1938.

*Isidore Ginsberg*, in person, for motion.
*Fred Kammerer*, in person, opposed.

Motion granted and appeal dismissed, without costs.